### Buster Bevill v. The State.

No. 9523. Delivered June 17, 1925.

Burglary—No Statement of Facts—Nor Bills of Exception.

The record contains neither statement of facts nor bills of exceptions and the judgment is affirmed.

Appeal from the Criminal District Court of Dallas County. Tried below before the Hon. Felix D. Robertson, Judge.

Appeal from a conviction of burglary; penalty, six years in the penitentiary.

*H. H. Young,* for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

HAWKINS, Judge.—Conviction is for burglary. Punishment, six years in the penitentiary.

The record contains neither statement of facts nor bills of exception. Nothing is presented for review by this court.

The judgment is affirmed.

*Affirmed.*